ACCEPTED
01-14-00969-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 9:51:15 AM
CHRISTOPHER PRINE
CLERK

# LAW OFFICE OF
# TODD H. TINKER, P.C.

P.O. Box 802606
Dallas, Texas 75380

Ph: (214) 914-3760
Fax: (214) 853-4328
*TinkerLaw@TinkerLaw.com*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/5/2015 9:51:15 AM

CHRISTOPHER A. PRINE
Clerk

February 5, 2015

Mr. Chris Daniel
Harris County District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

        RE:     Cause no.: 2012-56941; Black v. Smith Protective Services, Inc.

Dear Mr. Daniel:

On December 10, 2014 I e-filed a Notice of Appeal and Docketing Statement in the above-referenced matter. Apparently the filing was rejected because I filed the two documents separately. I refiled both via e-file that same day. The envelope number for the Notice of Appeal is 3441240 and the time filed shows as 1:19:04 p.m. The online Harris County records shows the Notice of Appeal.

However, in speaking with the Court of Appeals clerk this morning, they do not show that my Notice of Appeal was forward to them or that any cross-appeal has been filed. Accordingly, I am requesting that you transmit/re-transmit the Notice of Appeal filed on December 10, 2014.

Thank you for your assistance. Please do not hesitate to contact me if any further information is needed.

        Respectfully,

        Todd H. Tinker

cc:    Patrick Hubbard, Esq.
       Christopher Prine, Clerk, 1st Court of Appeals